UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

CASE NO. 12-80486-CIV-HURLEY/HOPKINS

JONATHAN E. PERLMAN, Esq., as court
appointed Receiver of Creative Capital
Consortium, LLC, et al.,

    Plaintiff,

v.

REGENCY REALTY GROUP, INC.,

    Defendant/Third-Party Plaintiff

v.

THOMAS WEISZ, et al.,

    Third-Party Defendants.
_____/

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE AND
<u>S.D. FLA. LOCAL RULE 26.l(A)</u>**

Pursuant to Federal Rule of Civil Procedure 26(a)(l) and S.D. Fla. Local Rule 26.l(A), Plaintiff, Jonathan E. Perlman, Esq., the court-appointed Receiver (the "Receiver") of Creative Capital Consortium, LLC ("Creative Capital"), and related entities (collectively, the "Receivership Entities")[1] hereby makes his initial disclosures.

    **A.**    **The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

---

[1] Creative Capital Consortium, LLC, A Creative Capital Concept$, LLC, United Investment Club, LLC, Reverse Auto Loan, LLC, Wealth Builders Circle, LLC, The Dream Makers Capital Investment, LLC, G$Trade Financial, Inc. and Unity Entertainment Group, Inc.

1. Officers, Directors, Employees and Agents of the Defendant, Regency Realty Group, Inc., including but not limited to, the following individuals who may have knowledge concerning the actions of the Defendant as they relate to the Receiver's claims.

    (i) Kathy D. Miller, Senior Vice President
    (ii) Martin E. Stein, Jr., Director
    (iii) J.C. Leavitt, Senior Vice President
    (iv) Brian M. Smith, President
    (v) Bruce M. Johnson, Vice President
    (vi) Tom K. Fleming, Vice President
    (vii) David A. McNulty
    (viii) Paul Maxwell
    (ix) John R. "B.J" Ibach, Esq.
     c/o Rogers Tower, P.A.
     1201 Riverplace Boulevard, Suite 1500
     Jacksonville, FL 32207
    (x) Past or present employees, partners, affiliates, officers, directors, principals, representatives, agents, or other persons acting on the behalf of any of the Defendant not otherwise listed individually herein.

2. Additional witnesses who may have discoverable information relating to the material facts concerning the actions of the Defendant, George Theodule, and/or the Receivership Entities as they relate to the Receiver's claims as well as the facts and circumstances surrounding the purchase and sale of the membership interest in Regency Suites I, LLC:

    (i) Corporate Representative of Five Corners Investors, I, LLC and
     Five Corners Investors, II, LLC
     c/o Robert F. Higgins, Esq. and David E. Peterson, Esq.
     Lowndes, Drosdick, Doster, Kantor & Reed P.A.
     215 North Eola Drive
     Post Office Box 2809
     Orlando, FL 32802

    (ii) Corporate Representative of BW Aspire, LLC
     c/o Robert F. Higgins, Esq. and David E. Peterson, Esq.
     Lowndes, Drosdick, Doster, Kantor & Reed P.A.
     215 North Eola Drive
     Post Office Box 2809
     Orlando, FL 32802

    (iii) Corporate Representative of CFD-Regency, I, LLC and
     CFD-Regency, II, LLC
     c/o Dennis A. Creed, III, Esq.
     Robbins Equitas, P.A.
     2639 Dr. MLK Jr. Street N.
     St. Petersburg, FL 33704

    (iv)    Corporate Representative of Dean Mead Egerton Bloodworth
Capuano & Bozarth, PA
800 North Magnolia Avenue, Suite 1500
Orlando, FL 32803

    (v)    Steven J. Bozarth, Esq.
c/o Dean Mead Egerton Bloodworth Capuano & Bozarth, PA
800 North Magnolia Avenue, Suite 1500
Orlando, FL 32803

    (vi)    Gabrielle Alexis
4613 N. University Drive, #558
Coral Springs, FL 33067

    (vii)    Carlos J. Bonilla
c/o Shaymie Dixit, Esq.
Dixit Law Firm
3030 North Rocky Point Drive West, Suite 260
Tampa, Florida 33607

    (viii)    Thomas Weisz
c/o Shaymie Dixit, Esq.
Dixit Law Firm
3030 North Rocky Point Drive West, Suite 260
Tampa, Florida 33607

    (ix)    Barbara and Lawrence Kramer
c/o Shaymie Dixit, Esq.
Dixit Law Firm
3030 North Rocky Point Drive West, Suite 260
Tampa, Florida 33607

    (x)    Daniel E. Harper
4833 Cypress Woods Drive, Suite 4104
Orlando, Florida 32811

3.    Jonathan E. Perlman, Esq.
Court-appointed Receiver
Genovese Joblove & Battista,
l00 SE 2nd Street, 44th Floor
Miami, FL 33131
Telephone: (305) 349-2300

The Receiver is likely to have knowledge of issues relevant to this case, including but not limited to, the facts and circumstances surrounding the Receivership Entities and the purchase and sale of the membership interest in Regency Suites I, LLC.

4. Kathleen E. Strandell, Staff Accountant
Securities and Exchange Commission ("Commission")
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
(305) 982-6300

The Commission Staff Accountant is likely to have knowledge of issues relevant to this case and case no. 08-81565-CIV-HURLEY/HOPKINS, pending in the United States District Court, Southern District of Florida (the "Main Case"), including but not limited to, the flow of funds based on her analysis of bank records.

5. Sherry M. Bennett, CPA, CIRA, CFF
Kapila & Co., Inc.
1009 South Federal Highway, Suite 200
Fort Lauderdale, FL 33316

The forensic accountants hired by the Receiver are likely to have knowledge of issues relevant to this case, including but not limited to, investigation and analysis of financial documents and transaction summaries.

6. The following individuals were involved in the operations of the Receivership Entities and are likely to have knowledge of issues relevant to this case, including but not limited to, the Receivership Entities' representations, operations, and practices as well as the facts and circumstances surrounding the purchase and sale of the membership interest in Regency Suites I, LLC:

   (i) George Theodule
   2180 New London Place
   Snellville, GA 30078

   (ii) Dorothy Delisfort
   2180 New London Place
   Snellville, GA 30078

   (iii) Yolette T. Williams
   c/o Barry Wax, Esq.
   777 Brickell Avenue, Suite 1210
   Miami, FL 33131

   (iv) Kathryn Parker
   2207 Shoma Drive
   Royal Palm Beach, FL 33414

   (v) Carmen Romero-Tejada
   Coral Springs, FL

4

    (vi)    Roger Terma
             9599 Shepard Place
             Wellington, FL 33414

    (vii)   Magda Dominique
             15953 SW 13th Street
             Pembroke Pine, FL 33027

    (viii)  Past or present employees, partners, affiliates, officers, directors, principals, representatives, agents, or other persons acting on behalf of any of the Receivership Entities, not otherwise listed individually herein.

7.    The following investors are likely to have knowledge of issues relevant to this case, including but not limited to, representations or omissions made by or on behalf of the Receivership Entities, as well as the dealings and/or assets invested by or on behalf of the Receivership Entities, including but not limited to, the facts and circumstances surrounding the purchase and sale of the membership interest in Regency Suites I, LLC.

    (i)     Berthrum Brewster
             739 East 52nd Street
             Brooklyn, NY 11203

    (ii)    William P. Sabarese
             6302 Emerald Sky Lane
             Green Acres, Florida 33463

    (iii)   Evelyn Metellus
             17152 33nd Road
             North Loxahatchee, Florida 33470

    (iv)   Carola Timothee
             5942 Casa Del Rey Circle, Apt. A
             Orlando, Florida 32809

    (v)     Angela Telesco
             2519 Grove Dr.
             Naples, FL 34120

    (vi)    Osvaldo Olivencia
             1408 South Lake Pleasant Road
             Apopka, FL 32203

    (vii)   Rock Sanozier
             4770 N.W. 9th Court
             Plantation, FL 33317

      (viii)    Harold Jean-Pierre
                 2541 N.W. 9th Terrace
                 Wilton Manors, FL 33331

      (ix)      Louis Dickens Saint Juste
                 4715 Agate Drive
                 Alparetta, GA 30022

      (x)       Pierre Louis Francois
                 945 Brandon Ridge Drive
                 Roswell, GA 30078

8. All individual defendants in the Receiver's ancillary cases stemming from the Main Case. These individuals have knowledge of the issues relevant to the case and knowledge of the various transfers among and between the various defendants and/or the Receivership Entities. These individuals include:

    (i)       Dorothy Delisfort-Theodule;
    (ii)      George Julius Theodule;
    (iii)     Yves Theodule;
    (iv)     Mario Theodule;
    (v)      Evens Theodule;
    (vi)     Krissy McKeon;
    (vii)    Yolette Williams;
    (viii)   Gabrielle Alexis;
    (ix)     Kathryn Parker;
    (x)      Michel Beaubrun;
    (xi)     Patrick Eliacin;
    (xii)    Paulette Theodule;
    (xiii)   Rony Desvarennes;
    (xiv)   Wanda Corominas;
    (xv)    Gerson Corominas;
    (xvi)   Georgette Delisfort;
    (xvii)  Jean Dupre;
    (xviii) Daniel L. Lavan, Jr.;
    (xix)   Carolyn J. Lavan.

9. Expert Witness to be retained by the Receiver.

    **B.**    **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

The following documents in the possession, custody, or control of the Receiver may be used to support the allegations in the Complaint and will be made available for inspection and copying at a mutually arranged date and time.

1. Documents obtained through discovery, formally and informally, from the following entities and individuals, who are defendants in ancillary proceedings filed by the Receiver in connection with the Main Case:

    a) Captin Construction Group, Inc.;
    b) Dorothy Delisfort-Theodule;
    c) Wealth Builders Circle, LLC;
    d) Caribbean Airways, LLC;
    e) Donna Haver, Inc.;
    f) Good Buy Homes, Inc.;
    g) International Development Entrepreneurs of America, Inc.;
    h) Complete Auto Repayment Solutions, Inc.;
    i) George Julius Theodule;
    j) Yves Theodule;
    k) Divine Alliance, Inc.;
    l) Leading Diversity Club
    m) Mario Theodule
    n) Smart Investment Management Services, LLC;
    o) Got Swagg, Inc.;
    p) Da Beat House, Inc.;
    q) CEO of Five – 5 Business Solutions, Inc.;
    r) Evens Theodule;
    s) Yolette Williams;
    t) Yopana Staffing Services, LLC;
    u) Gabrielle Alexis;
    v) Law Offices of Gabrielle Alexis, P.A.;
    w) Mondesir & Alexis Title Services, Inc.;
    x) Kathryn Parker;
    y) Earlyviews, Inc.;
    z) Michel Beaubrun;
    aa) Beaubrun Investments, LLC;
    bb) Patrick Eliacin;
    cc) Paulette Theodule;
    dd) Rony Desvarennes
    ee) Georgette Delisfort;
    ff) Jean Dupre
    gg) G&R Aviation Services;
    hh) Sky King Air Express, Inc.;
    ii) Ridahs Productions, LLC;
    jj) Wanda Corominas;
    kk) Gerson Corominas;
    ll) Advanced Investors Group of Orlando;

        mm)    Lakay Investment, Inc.;
        nn)    Five Corners Investors, I, LLC;
        oo)    Five Corners Investors, II, LLC;
        pp)    CFD-Regency I, LLC;
        qq)    CFD-Regency II, LLC;
        rr)    BW Aspire, LLC;
        ss)    Development Funding & Services, LLC;
        tt)    Showcase Investment Group;
        uu)    Millenium Executive Realty, Inc.;
        vv)    Nilda Rivera-Cruz;
        ww)    Dean Mead Egerton Bloodworth Capuano & Bozarth, PA;
        xx)    Dolce Regency Suites, LLC;
        yy)    Wells Fargo Bank, N.A.;
        zz)    Bank of America, N.A.;
        aaa)    Homeland Title Services, LLC.

2. Documents obtained from financial institutions, including documents relating to the accounts of the Receivership Entities, George Theodule, Theodule family members and Delisfort family members and which may show transactions among and between the Creative Capital Entities and/or the Receivership Entities and the Defendants in this case:

        a)    Sun Trust Bank;
        b)    Washington Mutual Bank (n/k/a J.P. Morgan Chase & Co.);
        c)    Wachovia Bank (n/k/a Wells Fargo Bank);
        d)    Bank of America;
        e)    Bank of North Georgia;
        f)    TD Bank;
        g)    OptionsXpress;
        h)    Trade Station Securities Account;
        i)    Gain Capital (n/k/a TD Ameritrade);
        j)    Thinkorswim (k/n/a TD Ameritrade).

3. Documents obtained from Defendant's and/or the Receivership Entities' past or present employees or agents or others acting on behalf of Defendant and/or the Receivership Entities.

4. Documents obtained from the following governmental bodies:

        a)    Florida Secretary of State, Division of Corporations;
        b)    Georgia Secretary of State;
        c)    Florida Office of Financial Regulation.

5. Documents obtained from the Commission in connection with their ongoing investigation of George Theodule;

6. Documents relating to the Receivership Entities' operations, including investment club organization and management and documents related to affiliated entities;

7. Documents and attachments filed with the Court by any party in this case, all ancillary cases filed by the Receiver, and in the Main Case;

8. Testimony transcripts and documents used as exhibits in discovery by any party in this case, the Main Case, and/or the consolidates cases *Jonathan E. Perlman, Esq. v. Dolce Regency Suites, LLC,* Case No. 09-81224-Civ-Hurley/Hopkins.

**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and/or as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

In general, the Receiver seeks a final judgment to avoid and recover fraudulent transfers made to or for the benefit of the Defendant, and all equitable causes of action related to said transfers which it received as a result of the acts or courses of conduct alleged in the Complaint or any Amended Complaint subsequently filed. The damages sought by the Receiver are identified with specificity in the Receiver's Complaint (or any Amended Complaint subsequently filed) and are subject to further amendment during the ongoing course of discovery.

**D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

The Receiver is not aware of any insurance that is relevant to this matter.

The Receiver reserves his right to supplement or amend this disclosure statement.

9

Dated August 6, 2012

Respectfully submitted,

By:  s/ Carmen Contreras-Martinez
David C. Cimo  (FBN 775400)
dcimo@gjb-law.com
Carmen Contreras-Martinez  (FBN 093475)
ccontreras@gjb-law.com
David P. Lemoie  (FBN 188311)
dlemoie@gjb-law.com
Genovese Joblove & Battista, P.A.
4400 Bank of America Tower
100 Southeast Second Street
Miami, Florida  33131
Tel:  (305) 349-2300
Fax: (305) 349-2310
*Attorneys for Receiver,*
*Jonathan E. Perlman, Esq.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Carmen Contreras-Martinez
Attorney

**SERVICE LIST**
**JONATHAN E. PERLMAN, ESQ., as court appointed Receiver of Creative Capital Consortium, LLC, et al. v. REGENCY REALTY GROUP, INC.**
**CASE NO. 12-80486-CIV-HURLEY/HOPKINS**
**United States District Court, Southern District of Florida**

John A. Tucker, Esq.
jtucker@foley.com
Amber L. Rumancik, Esq.
arumancik@foley.com
FOLEY & LARDNER LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
Tel: 904-359-2000
Fax: 904-359-8700
*Attorneys for Defendant Regency Realty Group, Inc.*
Served via CM/ECF

Shyamie Dixit, Esq.
sdixit@dixitlaw.com
Sara Albert, Esq.
salbert@dixitlaw.com
DIXIT LAW FIRM, P.A.
6921 Pistol Range Road, Suite 103
Tampa, FL 33635
Cell: (813) 992-8118
Fax: (813) 855-8836
*Attorneys for Third-Party Defendants, Thomas Weisz, Barbara Kramer, Lawrence Kramer and Carlos Bonilla*
Served via CM/ECF

10061-029 CP# 66